IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| JOYCE ELIZABETH ARNETTE, | ) | Civil Action No. 5:20-cv-04336-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 11th day of April 2022, upon consideration of the afore-stated stipulation, it is hereby

ORDERED that Plaintiff, Joyce Elizabeth Arnette, is awarded Five Thousand, Seven Hundred, Fifty Dollars and 00/100 Cents ($5,750.00) in attorney fees under the Equal Access to Justice Act ("EAJA"). Full or partial remittance of the awarded attorney's fees will be contingent upon a determination by the Government that owes no qualifying, pre-existing debt(s) to the Government. If such debt(s) exist, the Government will reduce the fees awarded in this Order to the extent necessary to satisfy such debts. Based upon the Stipulation filed by the parties, ECF No. 26, Plaintiff's Motion for Attorney Fees, ECF No. 25, is denied as moot.

April 11, 2022  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge